THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. & J. SLOANE, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents.— After examining all the evidence and giving due weight to all factors relevant, we find that the order so far as appealed from, should be modified by reducing the assessments for the years in question as follows:

| Year | Land | Building | | Total |
|------|------|----------|---|-------|
| 1941–42 | $1,900,000 | $370,000 | ○ | $2,270,000 |
| 1942–43 | 1,900,000 | 360,000 | | 2,260,000 |
| 1943–44 | 1,900,000 | 350,000 | | 2,250,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM MESSER, Respondent, v. JACK WEINER CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ADELINA P. VALDANE, Respondent, v. ILKA C. MURRAY et al., Appellants.— An amended complaint having been served, the appeals from the orders denying defendants' respective motions to dismiss the original complaint are dismissed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BERNHARD LEIBOWITZ, Respondent, v. MASSACHUSETTS INDEMNITY INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements, and judgment absolute directed in favor of plaintiff pursuant to stipulation. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS CHADWIN et al., Respondents, v. WILLIAMS IRON WORKS, INC., et al., Defendants, and A. P. WILLIAMS IRON AND BRONZE COMPANY, INC., Appellant. Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LOUIS CHADWIN et al., Respondents, v. WILLIAMS IRON WORKS, INC., et al., Appellants, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $10 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SIGMUND SEELIG·et al., Copartners Trading as PEDIGREE UNDERGARMENT CO., Appellants, v. FABRICS PROCESSING CORP., Respondent.— Order and judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to reverse and deny the motion on the ground that under the circumstances here the question of whether there was an intent to sign the memorandum by a duly authorized agent of the party to be charged is one of fact.

DANIEL J. RICE, INC., Appellant, v. CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See post, p. 773.]

LUDWIG WERTHNER, Appellant, v. FLORENCE OLENIN, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and reinstate the verdict.

UNITED DISTILLERS PRODUCTS CORP., Respondent, v. TOM MOORE DISTILLERY COMPANY et al., Defendants, and IRVING HAIM et al., Appellants.— Order so far